

**GEORGIA M. PESTANA**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**PETER L GERMANAKOS**
*Special Assistant Corporation Counsel*
**(212) 356-2456**

December 7, 2021

**VIA ECF**
Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Centre Street Rm 705
New York, New York 10007

Re: *S.H.W. and W.S.C. v. N.Y.C. Dep't of Educ.*, 21-cv-7003(PGG)(OTW)

Dear Judge Gardephe:

I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Georgia M. Pestana, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, et seq., as well as for this action.

I write to respectfully request an adjournment of the court conference, presently set for December 9 at 9:45AM, *sine die*. This is the second such request to adjourn the court conference. Plaintiffs consent to our request.  Settlement negotiations in this matter have reached an impasse.

Accordingly, Defendant respectfully requests that the court conference be adjourned *sine die*, and the parties propose the following briefing schedule: Plaintiffs' Motion for Summary Judgment due by February 15, 2022; Defendant's opposition paper due by March 29; and Plaintiffs' reply, if any, due by April 15.

Thank you for considering these requests
.

Respectfully submitted,
_____/s/_____
Peter L. Germanakos
Special Assistant Corporation Counsel

cc: Steven J. Alizio. (via ECF)

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: December 7, 2021