UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

S.H.W. and W.S.C., on behalf of their minor child M.C.,

                Plaintiffs,

        -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.

**ORDER**

21 Civ. 7003 (PGG) (OTW)

---

PAUL G. GARDEPHE, U.S.D.J.:

        A conference will take place on **Thursday, March 21, 2024, at 11:00 a.m.**  The purpose of the conference is to address Plaintiffs S.H.W. and W.S.C.'s motion for attorneys' fees.  (Dkt. No. 18)

Dated: New York, New York
       March 19, 2024

SO ORDERED.

_/s/ Paul G. Gardephe_
Paul G. Gardephe
United States District Judge