UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

S.H.W. and W.S.C., on behalf of their minor child M.C.,

           Plaintiffs,

           -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

           Defendant.

**ORDER**

21 Civ. 7003 (PGG) (OTW)

PAUL G. GARDEPHE, U.S.D.J.:

      The conference currently scheduled for March 21, 2024, is adjourned to **March 26, 2024, at 2:00 p.m.** The purpose of the conference is to address Plaintiffs S.H.W. and W.S.C.'s motion for attorneys' fees. (Dkt. No. 18)

      The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642. The press and public may obtain access to the telephone conference by dialing the same number and using the same access code. The parties should call in at the scheduled time and wait on the line for their case to be called. At that time, the Court will un-mute the parties' lines. One day before the conference, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court knows which numbers to un-mute. The email should include the case name and case number in the subject line.

      The Clerk of Court is directed to terminate the letter motion. (Dkt. No. 53)

Dated: New York, New York
       March 20, 2024

                                              SO ORDERED.

                                              _____
                                              Paul G. Gardephe
                                              United States District Judge