UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

S.H.W. and W.S.C., on behalf of their minor child M.C.,

             Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

             Defendant.

**ORDER**

21 Civ. 7003 (PGG) (OTW)

PAUL G. GARDEPHE, U.S.D.J.:

    For the reasons stated at today's conference, Magistrate Judge Wang's R&R (Dkt. No. 49) is adopted in part. Plaintiffs are awarded $9,906 in attorneys' fees for the administrative proceeding, $1,820 in attorneys' fees for the instant federal court proceeding, $402 in costs, and post-judgment interest on the total amount, calculated at the applicable statutory rate.

    The Clerk of Court is directed to enter judgment in Plaintiffs' favor in the total amount of $12,128, terminate the motion (Dkt. No. 18), and close this case.

Dated: New York, New York
       March 26, 2024

                                       SO ORDERED.

                                       _____
                                       Paul G. Gardephe
                                       United States District Judge