**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
S.H.W. and W.S.C., on behalf of their minor child M.C.,

                    Plaintiff,                  21 **CIVIL** 7003 (PGG)(OTW)

       -against-                            **JUDGMENT**
                                                    For Attorney's Fees and Costs

NEW YORK CITY DEPARTMENT OF EDUCATION,

                    Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 26, 2024, Magistrate Judge Wang's R&R (Dkt. No. 49) is adopted in part. Plaintiffs are awarded $9,906 in attorneys' fees for the administrative proceeding, $1,820 in attorneys' fees for the instant federal court proceeding, $402 in costs, and post-judgment interest on the total amount, calculated at the applicable statutory rate. Judgment is entered in Plaintiffs' favor in the total amount of $12,128; accordingly, the case is closed.

**Dated:**  New York, New York
             March 26, 2024

                                                        **RUBY J. KRAJICK**
                                                        _____
                                                           **Clerk of Court**

                          **BY:**    *K. Mango*
                                                          _____
                                                           **Deputy Clerk**